| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar #256432<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor, LONDON FINANCE GROUP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LONDON FINANCE GROUP, LTD.<br><br>Debtor(s) | CASE NO.: 2:15-bk-10097-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION TO DISMISS THE CHAPTER 11 BANKRUPTCY AND/OR CONVERT IT TO A CHAPTER 7 BANKRUPTCY |

PLEASE TAKE NOTE that the order titled ORDER DENYING MOTION OF UNITED STATES OF AMERICA TO DISMISS CHAPTER 11 BANKRUPTCY CASE AND/OR CONVERT IT TO A CHAPTER 7 BANKRUPTCY
was lodged on (*date*) 10/20/2016 and is attached. This order relates to the motion which is docket number 53

[1] Please abbreviate if title cannot fit into text field.

# PROPOSED ORDER

**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen - Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

Attorneys for Debtor, LONDON FINANCE GROUP, LTD.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA — LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LONDON FINANCE GROUP, LTD.,<br><br>Debtor and Debtor-in-Possession. | Chapter 11<br><br>Case No. 2:15-bk-10097-BR<br><br>**ORDER DENYING MOTION OF UNITED STATES OF AMERICA TO DISMISS CHAPTER 11 BANKRUPTCY CASE AND/OR CONVERT IT TO A CHAPTER 7 BANKRUPTCY**<br><br>Date: October 19, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

On October 19, 2016 at 10:00 a.m., the *Motion of United States of America to Dismiss Chapter 11 Bankruptcy Case and/or Convert it to a Chapter 7 Bankruptcy* [Docket No. 53] (the "Motion") came on for hearing before the Honorable Barry Russell, United States Bankruptcy Judge presiding. Benjamin L. Tompkins, Assistant United States Attorney, appeared on behalf

of Movant, United States of America, and James R. Selth of Weintraub & Selth, APC appeared on behalf of Debtor and Debtor-in-Possession, London Finance Group, Ltd.

Based on the matters set forth in the Motion, and having considered all pleadings in support of and in opposition to the Motion, the arguments at the hearing, and for the reasons set forth by the Court on the record,

**IT IS HEREBY ORDERED** that the Motion is denied, without prejudice.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 1170 Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/20/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL: On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/20/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to chambers of Hon. Barry Russell, United States Bankruptcy Court, Los Angeles Division.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/20/2016 | Sondra Solish | /s/ Sondra Solish |
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Henry S David hdavid@davidfirm.com, hdavid@davidfirm.com
Ira Benjamin Katz IKatz@katzlaw.net, ikatz@ecf.inforuptcy.com
Howard N Madris hmadris@madrislaw.com
Ron Maroko ron.maroko@usdoj.gov
Elaine Nguyen elaine@wsrlaw.net, anabel@wsrlaw.net;vinnet@ecf.inforuptcy.com
Justin N Owens jowens@sycr.com, jgraziano@sycr.com
James R Selth jim@wsrlaw.net, jselth@yahoo.com;anabel@wsrlaw.net;vinnet@ecf.inforuptcy.com
Jolene Tanner jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
Benjamin L Tompkins benjamin.tompkins@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Daniel J Weintraub dan@wsrlaw.net, anabel@wsrlaw.net;vinnet@ecf.inforuptcy.com
Michael H Weiss mw@weissandspees.com, lm@weissandspees.com